IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 27356

In the Matter of JARED TYLER FRICK,
*Respondent.*

ORDER OF DISBARMENT

This court admitted Jared Tyler Frick to the practice of law in Kansas on January 11, 2017. Frick's law license has been administratively suspended since December 10, 2020, for failure to pay his attorney registration fees. See Supreme Court Rule 206(f) (2024 Kan. S. Ct. R. at 255) (suspension from the practice of law for failure to comply with annual attorney registration requirements).

On September 26, 2024, Frick's request to voluntarily surrender his license was submitted to the Office of Judicial Administration under Supreme Court Rule 230(a) (2024 Kan. S. Ct. R. at 287). Frick faces a hearing before a hearing panel appointed by the Kansas Board for Discipline of Attorneys (Board). See Supreme Court Rule 204(c) (2024 Kan. S. Ct. R. at 252) (hearing panel appointment); Supreme Court Rule 222 (2024 Kan. S. Ct. R. at 274) (hearing process).

This court accepts Frick's surrender of his Kansas law license, disbars Frick pursuant to Rule 230(b), and revokes Frick's license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Jared Tyler Frick from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any pending Board proceeding or case terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete a pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Frick, and that Frick comply with Supreme Court Rule 231 (2024 Kan. S. Ct. R. at 289).

Dated this 8th day of October 2024.